No. 10–9864.  URENA-GONZALEZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10–9875.  ARMSTRONG *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 10–9878.  BELL *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 10–9894.  BLOUNT *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10–405.  SIEFERT, JUDGE, CIRCUIT COURT OF WISCONSIN, MILWAUKEE COUNTY, FIRST JUDICIAL ADMINISTRATIVE DISTRICT *v.* ALEXANDER ET AL.  C. A. 7th Cir.  Motion of Center for Constitutional Jurisprudence for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 10–9797.  DOUGLAS *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–9832.  KOSACK *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–9844.  DUONG-CAM TRAN *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–9849.  SMITH *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–9882.  TURPIN *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–7797.  ANDERSON *v.* CLINE, WARDEN, ET AL., 562 U. S. 1227;
No. 10–7920.  LARSON *v.* WILSON, WARDEN, 562 U. S. 1229;
No. 10–8100.  FREE *v.* UNITED STATES, 562 U. S. 1235;
No. 10–8281.  ALLEN *v.* ILLINOIS, 562 U. S. 1276;
No. 10–8309.  STUDY *v.* UNITED STATES ET AL., 562 U. S. 1260;

No. 10–8500.  REYNOLDS *v.* WHITEHEAD ET AL., 562 U. S. 1277;
No. 10–8828.  HOWARD *v.* UNITED STATES, 562 U. S. 1278; and
No. 10–9075.  OESBY *v.* UNITED STATES, 562 U. S. 1301.  Petitions for rehearing denied.

## MAY 3, 2011

No. 10–10218 (10A1057).  KERR *v.* TEXAS.  Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

## MAY 10, 2011

No. 10–10390 (10A1084).  STEVENS *v.* MISSISSIPPI.  Sup. Ct. Miss.  Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.  Certiorari denied.

## MAY 16, 2011

No. 10–9861.  THOMPSON *v.* WETZEL, ACTING SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 3d Cir.  Certiorari dismissed under this Court's Rule 46.

No. 10–1107.  RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS *v.* DETRICH.  C. A. 9th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Cullen* v. *Pinholster, ante,* p. 170.

No. 10–9712.  FREDERICK *v.* GRAHAM.  Sup. Ct. Wis.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.  See this Court's Rule 39.8.  As petitioner has repeatedly abused this Court's process, the Clerk is directed